TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00122-CV

Natkin Service Company, Appellant

v.

Joe Winiarz, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 96-04511, HONORABLE JOSEPH H. HART, JUDGE PRESIDING

 Our opinion, dissenting opinion, and judgment issued herein on June 29, 2000 are
withdrawn, and the following is substituted in their place.

 On July 14, 2000, appellant filed a motion for rehearing. While the motion for
rehearing was pending, the parties mediated a final settlement and filed a joint motion for
disposition of appeal by agreement. Pursuant to the parties' request in their joint motion, we
reverse the district court's judgment and remand the cause to the district court for entry of a
judgment of dismissal with prejudice in conformance with the parties' settlement agreement. As
a consequence, appellant's motion for rehearing is dismissed.

 The district court's judgment is reversed and remanded to the district court for entry
of a judgment of dismissal with prejudice in accordance with the settlement agreement of the
parties.

 

 Mack Kidd, Justice

Before Justices Jones, Kidd and Patterson

Reversed and Remanded

Filed: October 23, 2000

Do No Publish